IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN HERNDON,<br>        Petitioner | :<br>:<br>: |
| VS. | : C.A. NO. 05-6044<br>:<br>: |
| UNITED STATES PAROLE COMMISSION,<br>        Respondent | :<br>: |

ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Petition for Writ of Habeas Corpus (Docket No. 2) and no Objections having been filed, it is ORDERED as follows:

      1.    The Report and Recommendation is APPROVED AND ADOPTED.

      2.    The Petition for Writ of Habeas Corpus is DISMISSED as moot.

      BY THE COURT:

      S/ R. BARCLAY SURRICK

      _____
      R. BARCLAY SURRICK, J.